IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID L. WEBB, CRD
#1550389; RESULTS CAPITAL
GROUP, INC.; SEAAWAY
FUNDING, INC.; and ORGANIC
LABS HOLDINGS, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5786

      Appellants,

v.

THE STATE OF FLORIDA,
OFFICE OF FINANCIAL
REGULATION,

      Appellee.

_____/

Opinion filed August 5, 2014.

An appeal from an order of the Department of Financial Services.

R. Michael Underwood and Sarah Lahlou-Amine of Fowler White Boggs, P.A.,
Tampa and Tallahassee, for Appellants.

Colin M. Roopnarine, General Counsel, and Nadirah R. Vincent, Attorney, Office
of Financial Regulation, Miami, for Appellee.

PER CURIAM.

      AFFIRMED.

VAN NORTWICK, ROBERTS, and CLARK, JJ., CONCUR.